# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Felicia Sanders, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Kilolo Kijakazi, Acting Commissioner )<br>of Social Security, )<br>)<br>    Defendant. )<br>)<br>_____ ) | Civil Action No. 1:20-3965-RMG<br><br>**ORDER** |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). The Magistrate Judge issued a Report and Recommendation (R & R) on September 28, 2021, recommending that the decision of the Commissioner be reversed and remanded to the agency because of the failure of the Administrative Law Judge ("ALJ") to address Plaintiff's complaints of fatigue in determining her residual functional capacity ("RFC"). (Dkt. No. 18 at 63-71). As the Magistrate Judge noted, Plaintiff suffered from a number of conditions associated with fatigue including rheumatoid arthritis, diabetes, heart disease, and cancer treatments. (Id. at 67). The Acting Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 19).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision

of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the

matter to the Commissioner for further proceedings consistent with this order.

    AND IT IS SO ORDERED.

S/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

Charleston, South Carolina
October 13, 2021